## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW MEXICO

**TYLER GROUP PARTNERS, LLC**,

Plaintiff,

v.

Case No. 2:19-cv-0777-KRS-SMV

**BERT MADERA, MONTIE CAROL MADERA and PITCHFORK CATTLE COMPANY, LLC,**

Defendants,

## PROPOSED ORDER GRANTING DEFENDANT MONTIE CAROL MADERA'S UNOPPOSED MOTION FOR EXTENSION OF TIME TO RESPOND TO PLAINTIFF'S AMENDED COMPLAINT

This Court having reviewed Defendant Montie Carol Madera's *Unopposed Motion for Extension of Time to Respond to Plaintiff's Amended Complaint* finds that the motion is well taken and should be **GRANTED.**

It is, therefore, **ORDERED** that Defendant Montie Carol Madera's deadline for filing an answer or responsive pleading to Plaintiff's Amended Complaint is extended thirty days, up to and including Wednesday, December 4, 2019.

Dated this _4th_ day of _November_, 2019.

_____

**STEPHAN M. VIDMAR**
**United States Magistrate Judge**

SUBMITTED on November 1, 2019:

*/s/ Randolph H. Barnhouse*
Randolph H. Barnhouse
Barnhouse Keegan Solimon & West LLP
7424 4th Street NW
Los Ranchos de Albuquerque, NM 87107
Phone:  (505) 842-6123
Fax:     (505) 842-6124
E-mail: dbarnhouse@indiancountrylaw.com
*Counsel for Defendant Montie Carol Madera, now*
*known as Montie Carol Montgomery*


APPROVED:

*Joseph M. Zebas, Esq. via email 10/31/19*
JOSEPH M. ZEBAS, Esq.
ZEBAS LAW FIRM, LLC
502 W Alto Drive
P.O. Box 1675
Hobbs, New Mexico 88241
Tel: (575) 393-1024
Fax: (575) 393-1234